- 1 -

1  Your Name: **Zachary Thayer**
2  Address: _____
3  Phone Number: **707-897-4269**
4  Fax Number: _____
5  E-mail Address: **ZThayer1985@Gmail.com**
6  Pro Se Plaintiff

FILED
MAR 22 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C23-01348  TSH

**Zachary Thayer**

Plaintiff,

vs.

**Bradley Henery Goebbels lyttenburg Preston**
**Brad Preston**
**Interm. President of Germany**
**Col. Germen Army/Executive Assistant to 45th President**

Defendant.

Case Number  [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes [ ]  No [ ]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: **Zachary Thayer**
Address: _____
Telephone: **707-897-4269**

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Napa County Health & human services/dept of census
Address: _____
Telephone: _____

Defendant 2:
Name: Defense civilian Personel Advisory services
Office of management & professional development
Address: _____
Telephone: _____

Defendant 3:
Name: National Archives & record Administration
Address: 700 Pennsylvania Ave NW, Washington DC USA
Telephone: _____

defendent 4 Tom Cotton

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[Which federal law or right is involved?] USA Patriot ACT, 9/11 Comission ACT Wiretap ACT, nuremberg trials.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – Rev. 05/2017]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in **Napa, Alameda, Lake** County, it should be assigned to the **Oakland** Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

____. **Napa, open radio, NY, 2018-19, Brad Preston - Donald Trump**

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

Case 3:23-cv-01348-VC   Document 1   Filed 03/23/23   Page 4 of 8

- 4 -

1. Authorizing the Jan 6th Riot on behalf of the President including Paying For some Of the buses that shipped individuals to washington dc, Paying For gas through a religious charty through 4 square church, The draper Preston Enthusentic Fund (SVB, Frost & Cullen, Signature) confirmed in Tom Cotton. Military deposition in review of the bedminster, NJ Tape Of the King Of macadonia, Intern President of Russia and mental health Patient in view taking Accountability For 9-11 in Varatex deposition, Trump univeristy V. USA, Trump V. Water resource board, Navy V. USA, nuremberg trials, based on Procedure bye Agents of the Court. This includes military court Of the U.N based on mil Rule Evid 201 and requests RCM 706 & MiL R Evid 608b and Ask That Rule 304 A Article 31 be used bye the Senate Pro tem to identify Fault based on Procedure in a MiL. R. Evid 305 b.c and identify as brad Preston did in the Grand Jury A RCM 910(A)(2) with respect to the court bye Process of due Process and move against Latacia James or Attorney General OF NY & Amy comer-barret For Purpose Of deposition and review. I am requesting this in view of my civil right based on harm incurred with living & having to get to know him based on Political belief

//
//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

(*Name the law or right violated:* Due Process, Civil rights )

(*Name the defendants who violated it:* Brad Preston )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

. Please see compliant.

//

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

-6-

_____ **Claim**

(*Name the law or right violated:* _____)

(*Name the defendants who violated it:* _____)

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

\_\_\_. _____

COMPLAINT

PAGE \_\_\_ OF \_\_\_ *[JDC TEMPLATE – 05/17]*

**DEMAND FOR RELIEF**

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

Jurisdiction For Corruption

**DEMAND FOR JURY TRIAL**

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3-23   Sign Name: [signature]
Print Name: ZAC Thayer

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

*[Copy this page and insert it where you need additional space.]*

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*