UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THAYER,<br><br>          Plaintiff,<br><br>     v.<br><br>BRADLEY HENERY GOEBIDS, et al.,<br><br>          Defendant. | 23-cv-01348-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  June 28, 2023

_____
VINCE CHHABRIA
United States District Judge